# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CHASTITY GUEVARA,** | ) | |
| | ) | **8:07CV236** |
| Plaintiff, | ) | |
| | ) | |
| **LIBERTY MUTUAL INSURANCE,** | ) | **ORDER** |
| | ) | |
| Third Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement by the April 27, 2009 Mediation Closure Notice (Filing No. 45),

**IT IS ORDERED that:**

1. **On or before July 10, 2009**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Joseph F. Bataillon, at *bataillon@ned.uscourts.gov*, a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

3. The previously scheduled trial is cancelled upon the representation that this case is settled.

DATED this 6th day of May, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge